# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES of AMERICA** ) | |
| ) | |
| v.  ) | **Criminal No.** |
| ) | **03-40031-FDS** |
| **CANDIDO RODRIGUEZ,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER ON DEFENDANT'S MOTION
## TO MODIFY TERM OF IMPRISONMENT

**SAYLOR, J.**

On motion of the defendant pursuant to 18 U.S.C. § 3582(c)(2), pursuant to a joint sentencing recommendation, and after considering the sentencing factors set forth in 18 U.S.C. § 3553(a), the term of imprisonment of defendant Candido Rodriguez is hereby reduced from 60 months to time served. All other components of defendant's sentence, including the requirement that he serve a three-year term of supervised release, shall remain the same.

**So Ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Dated: March 28, 2008                    United States District Judge